[Doc. Nos. 80, 88, 96 & 108]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| LARRY BUMGARNER,<br><br>                    Plaintiff,<br><br>     v.<br><br>JANE ANN HART, et al.,<br><br>                    Defendants. | Civil No. 05-3900 (RMB)<br><br>**ORDER** |

   THIS MATTER comes before the Court upon four motions pending in the above captioned case, itself a consolidated docket of two actions, [Docs. 05-3900 and 06-142], filed by Plaintiff, <u>pro</u> <u>se</u>, Larry Bumgarner; Defendant Dandy.net now moves for summary judgment on Plaintiff's copyright claim; Defendant Jane Ann Hart and Jane Ann Hart Meeting Planners, Inc., join that motion and bring their own motion for summary judgment on Plaintiff's copyright and Constitutional claims; Defendant City of Atlantic City moves to dismiss Plaintiff's Constitutional claims; finally, Plaintiff moves to dismiss counterclaims alleged by Defendants Cooper Levenson April Niedelman & Wagenheim, P.A., Mary Ann Beninati, Rona Zucker Kaplan, and Alan Kalb; and, the Court having read the parties' submissions and for the reasons discussed in the Opinion issued this date

   IT IS, HEREBY, this **30th** day of **August** 2007,

**ORDERED** that Defendant Dandy.net's motion for summary judgment is **GRANTED**, and

FURTHER **ORDERED** that Defendants Jane Ann Hart and Jane Ann Hart Meeting Planners, Inc.'s motion for summary judgment is **GRANTED** in part and **DENIED** in part, and

FURTHER **ORDERED** that Plaintiff's copyright claim against Defendants Jane Ann Hart and Jane Ann Hart Meeting Planners, Inc. is **DISMISSED**, and

FURTHER **ORDERED** that Defendant City of Atlantic City's motion to dismiss is **GRANTED** and Plaintiff's claim against the City of Atlantic City is **DISMISSED**; AND

FURTHER **ORDERED** that Plaintiff's motion to dismiss Defendants' Counter-Claims is **DENIED** without prejudice.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge